UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BENJAMIN MESSINGER,                         :

                Plaintiff,    :    ECF

    - against -                                  :    13 Civ. 2444 (AJN)(MHD)

JPMORGAN CHASE BANK, N.A.,                 :    **NOTICE OF APPEARANCE**

                Defendant.   :

------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that Frederic L. Lieberman, Assistant General Counsel, JPMorgan Chase Legal and Compliance Department, hereby appears for and on behalf of Defendant JPMorgan Chase Bank, N.A.

Dated: April 24, 2013

                                                            **JPMORGAN CHASE LEGAL AND
COMPLIANCE DEPARTMENT**

                                                            By: _____
                                                               Frederic L. Lieberman, Esq.
                                            Attorneys for Defendant JPMorgan Chase
                                              Bank, N.A.
                                           One Chase Manhattan Plaza, 26th Floor
                                           New York, New York 10081
                                           (212) 552-1815
                                           frederic.l.lieberman@jpmchase.com

To:    Walker G. Harman, Jr., Esq.
        The Harman Firm, PC
        200 West 57th Street
        Suite 900
        New York, New York 10019
        (212) 425-2600

        Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BENJAMIN MESSINGER,                        :

                Plaintiff,                :    ECF

    - against -                           :    13 Civ. 2444 (AJN) (MHD)

JPMORGAN CHASE BANK, N.A.,                 :    **CERTIFICATE OF SERVICE**

                Defendant.                :

------------------------------------------------------------X

I hereby certify that on April 24, 2013 I caused a copy of the following document:

**NOTICE OF APPEARANCE**

to be served by First Class Mail directed to the attorneys for Plaintiff at the following address:

Walker G. Harman, Jr., Esq.
The Harman Firm, PC
200 West 57th Street
Suite 900
New York, New York 10019

Dated: April 24, 2013

_____
Frederic L. Lieberman, Esq.