UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BENJAMIN MESSINGER,                            :

                Plaintiff,      :    ECF

    - against -                                :    13 Civ. 2444 (AJN)(MHD)

JPMORGAN CHASE BANK, N.A.,                     :    **DEFENDANT'S STATEMENT PURSUANT TO FED R. CIV. P.**

                Defendant.      :    **7.1**

------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant JPMorgan Chase Bank, N.A., certify that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the party's stock:

                         JPMorgan Chase & Co.

Dated: April 24, 2013

                                      **JPMORGAN CHASE LEGAL AND COMPLIANCE DEPARTMENT**

                                      By: _____
                                          Frederic L. Lieberman
                                Attorneys for Defendant JPMorgan Chase Bank, N.A.
                                One Chase Manhattan Plaza, Floor 26
                                New York, New York 10081
                                (212) 552-1815
                                frederic.l.lieberman@jpmchase.com