UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BENJAMIN MESSINGER,                               :

                              Plaintiff,          :        ECF

                - against -                       :        13 Civ. 2444 (AJN)(MHD)

JPMORGAN CHASE BANK, N.A.,                        :        **DEFENDANT'S STATEMENT**
                                                           **PURSUANT TO FED R. CIV. P.**
                              Defendant.          :        **7.1**

-----------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges

and magistrate judges of the court to evaluate possible disqualification or recusal, the

undersigned attorneys of record for Defendant JPMorgan Chase Bank, N.A., certify that the

following reflects any publicly held corporate parents, and listing of any publicly held company

that owns 10% or more of the party's stock:

<div align="center">JPMorgan Chase & Co.</div>

Dated: April 24, 2013

<div style="margin-left: 45%">

**JPMORGAN CHASE LEGAL**
**AND COMPLIANCE DEPARTMENT**

By: _____
    Frederic L. Lieberman
Attorneys for Defendant JPMorgan
      Chase Bank, N.A.
One Chase Manhattan Plaza, Floor 26
New York, New York 10081
(212) 552-1815
frederic.l.lieberman@jpmchase.com

</div>