UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| BENJAMIN MESSINGER, | : | ECF |
| Plaintiff, | : | |
| | : | 13 Civ. 2444 (AJN)(MHD) |
| - against - | : | |
| | : | **NOTICE OF MOTION TO** |
| JPMORGAN CHASE BANK, N.A., | : | **DISMISS PURSUANT TO** |
| | : | **FED. R.CIV. P. 12(b)(6)** |
| Defendant. | : | |

------------------------------------------------------------X

    PLEASE TAKE NOTICE that, upon the Complaint, filed April 11, 2013, the Declaration of Frederic L. Lieberman, executed May 3, 2013, the accompanying memorandum of law, and all the prior pleadings and proceedings heretofore had herein, Defendant JPMorgan Chase Bank, N.A., will move this Court before the Honorable Alison J. Nathan, United States District Judge, at the United States Courthouse, 40 Foley Square, Courtroom 906, New York, New York 10007, for an order and judgment, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the above-captioned action on the grounds that the claims asserted in the Complaint fail to state a claim upon which relief can be granted, and for such other and further relief as this Court deems just and proper.

    PLEASE TAKE FURTHER NOTICE, that pursuant to Local Civil Rule 6.1(b), Plaintiff's answering affidavits and opposing memorandum must be served upon the undersigned Defendant's counsel within fourteen (14) days after service of the moving papers.

Dated: May 3, 2013

                        JPMORGAN CHASE LEGAL AND
                        COMPLIANCE DEPARTMENT

                        By: _____
                            Frederic L. Lieberman, Esq.
                        Attorneys for Defendant JPMorgan Chase
                            Bank, N.A.
                        One Chase Manhattan Plaza, 26th Floor
                        New York, New York 10081
                        (212) 552-1815
                        frederic.l.lieberman@jpmchase.com

To:    Walker G. Harman, Jr., Esq.
        The Harman Firm, PC
        200 West 57th Street
        Suite 900
        New York, New York 10019
        (212) 425-2600
        Attorneys for Plaintiff