UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BENJAMIN MESSINGER,

               Plaintiff,

      -v-                                            13 Civ. 02444 (AJN)

JP MORGAN CHASE BANK, N.A.,                                      ORDER

               Defendant.
------------------------------------------------------------------X

ALISON J. NATHAN, District Judge:

    On May 3, 2013, Defendant JP Morgan Chase Bank, N.A., filed a motion to dismiss. On May 15, 2013, Plaintiff, Benjamin Messinger, in accords with Rule 3.F of the Court's Individual Practices, filed an amended complaint. In light of the amended complaint, the motion to dismiss is denied without prejudice. Defendant shall notify the Court within ten days of the date of this order whether it intends to (a) file an answer; (b) file a new motion to dismiss; or (c) rely on the initially-filed motion to dismiss.

    SO ORDERED.

Dated: May 24, 2013
New York, New York

_____
ALISON J. NATHAN
United States District Judge



ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 24 2013