# JPMorgan Chase & Co.

**Frederic L. Lieberman**
Executive Director/Assistant General Counsel
Legal Department

June 3, 2013

Via email – NathanNYSDChambers@nysd.uscourts.gov

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   Benjamin Messinger v. JPMorgan Chase Bank, N.A.
              (U.S. Dist. Ct., S.D.N.Y., 13 Civ. 2444 (AJN) (MHD))

Your Honor:

    The JPMorgan Chase Legal Department represents Defendant in the above-entitled action. I write pursuant to the Court's Order of May 24, 2013 to advise that Defendant intends to file a new motion to dismiss the First Cause of Action asserted in Plaintiff's Amended Complaint. That motion will be served and filed later today.

                                  Respectfully,

                                  *[signature]*

FLL
cc:   Walker G. Harman, Jr., Esq. (via email - wharman@theharmanfirm.com)

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: JUN 03 2013*