# THE HARMAN FIRM, PC
ATTORNEYS & COUNSELORS AT LAW
200 WEST 57th STREET, SUITE 900, NEW YORK, NEW YORK 10019
TELEPHONE 212 425 2600   FAX 212 202 3926
WWW.THEHARMANFIRM.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 1 2 2013

June 12, 2013

**VIA EMAIL (NathanNYSDChambers@nysd.uscourts.gov)**
Hon. Alison J. Nathan
United States District Court
  for the Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

    Re:   *Messinger v. JPMorgan Chase Bank, N.A.,*
           13 CV 2444 (AJN)

Dear Judge Nathan:

    We represent Plaintiff Benjamin Messinger in the above-referenced action, wherein the Complaint seeks damages for his unlawful termination by Defendant JPMorgan Chase Bank, N.A. due to age discrimination, retaliation, and subsequent defamation.

    With Defendant's consent, Plaintiff respectfully requests the following extension to oppose Defendant's Motion to Dismiss in Part, which is currently due next Monday, June 17, 2013. Plaintiff respectfully requests until Monday, July 1 to submit his opposition and that Defendant be granted until Monday, July 8 to reply. *So Ordered*

    No previous requests for adjournment or extension have been made.

    We thank the Court for its time and attention to this matter.

           Respectfully submitted,
           THE HARMAN FIRM, PC

               s/
           Walker G. Harman, Jr. [WH-8044]

cc:    Frederic L. Lieberman (via email susan.mcnamara@chase.com[1] and
        frederic.l.lieberman@jpmchase.com)

SO ORDERED: 6/12/13
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

---

[1] Defendant's counsel's email address on the ECF docket does not match that on Defendant's Notice of Appearance.