UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
Messinger

                    Plaintiff,

   -against-

JP Morgan Chase Bank, N.A.

                    Defendant.
------------------------------------------------------

Case No.  13 CV 2444 (AJN)

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Walker G. Harman, Jr.**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: WH-8044    My State Bar Number is 3027034

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
 FIRM NAME: The Harman Firm, PC
 FIRM ADDRESS: 200 West 57th Street, Suite 900, New York, NY 10019
 FIRM TELEPHONE NUMBER: (212) 425-2600
 FIRM FAX NUMBER: (212) 202-3926

NEW FIRM:
 FIRM NAME: The Harman Firm, PC
 FIRM ADDRESS: 1776 Broadway, Suite 2030, New York, NY 10019
 FIRM TELEPHONE NUMBER: (212) 425-2600
 FIRM FAX NUMBER: (212) 202-3926

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 1/1/2014

s/ Walker G. Harman, Jr.
ATTORNEY'S SIGNATURE