```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BENJAMIN MESSINGER,

                         Plaintiff,

           -against-

JP MORGAN CHASE BANK, N.A.,

                       Defendant.
------------------------------------------------------------X

13 Civ. 2444 (GHW)

ORDER

GREGORY H. WOODS, District Judge:

       This case has been reassigned to me for all purposes. It is hereby ORDERED that all previously imposed deadlines in this case remain in effect, and that counsel for the parties appear for a status conference with the Court at the time and place listed below. All pretrial conferences must be attended by the attorney who will serve as principal trial counsel. Counsel who appear must be prepared to discuss the merits of the case, argue any motions and discuss any pending discovery issues.

       Counsel are directed to review and comply with the Court's Individual Rules of Practice in Civil Cases ("Individual Rules") (available at the Court's website, http://nysd.uscourts.gov/judge/Woods).

       Additionally, the parties are hereby ORDERED to submit a joint letter to the Court updating the Court on the status of the case **at least one week before the status conference**. The letter should be filed on ECF in accordance with the Court's Individual Rules using the Filing Event "Letter." The parties should append the most recent complaint or amended complaint and the most recent scheduling order or case management plan to the status letter. The status letter should not exceed six pages and should include the following:

(1)   A brief statement of the nature of the case and the principal defenses thereto, including the major legal and factual issues that are most important to resolving the case, whether by trial, settlement, or dispositive motion;

(2)   A brief statement by the plaintiff as to the basis for subject matter jurisdiction and venue, and a brief statement by each party as to the presence or absence of subject matter jurisdiction and venue. These statements shall include citations to relevant statutes. In addition, in cases for which subject matter jurisdiction is founded on diversity of citizenship, the parties shall comply with Individual Rule 2(B)(ii);

(3)   A brief description of any (i) motions that have been made and decided; (ii) motions that any party seeks or intends to file, including the principal legal and other grounds

in support of and opposition to the motion; (iii) pending motions; and (iv) other applications that are expected to be made at the status conference;

(4)  A statement describing the status of any discovery in the case;

(5)  A statement of procedural posture and all existing deadlines, due dates and/or cut-off dates;

(6)  A statement describing the status of any settlement discussions and whether the parties would like a settlement conference; and

(7)  Any other information the parties believe may assist the Court in resolving the action.

In accordance with Individual Rule 1(E), requests for an extension or adjournment may be made only by letter and must be received at least two business days before the conference. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled. Unless notified otherwise by the Court, the parties should presume that any scheduling order or case management plan remains in effect notwithstanding the case's transfer.

**DATE AND PLACE OF CONFERENCE**: July 11, 2014 at 10:00 a.m., in **Courtroom 9A** of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at **500 Pearl Street**, New York, New York.

SO ORDERED.

Dated: April 28, 2014
New York, New York

_____
GREGORY H. WOODS
United States District Judge