# MEMORANDUM ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2014
```

## JPMORGAN CHASE & CO.

**Frederic L. Lieberman**
Executive Director / Assistant General Counsel
Legal Department

May 12, 2014

Via ECF

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> GRANTED. The status conference scheduled for July 11, 2014 is adjourned until July 15, 2014 at 10:00 a.m.
>
> SO ORDERED.
> Dated: May 13, 2014
> New York, New York.
>
> _____
> GREGORY H. WOODS
> United States District Judge

Re: Benjamin Messinger v. JPMorgan Chase Bank, N.A.
(U.S. Dist. Ct., S.D.N.Y., 13 Civ. 2444 (GHW) (MHD))

Your Honor:

The JPMorgan Chase Legal Department represents JPMorgan Chase Bank, N.A. in the above-entitled matter. I have received the Court's April 28, 2014 Order scheduling a status conference for Friday, July 11, 2014 at 10:00 a.m. I write to request that the conference be re-scheduled for another date as I will be out of town from Friday, July 11, through Monday, July 14, for a long planned family event that already has been booked and paid for. I have consulted with Plaintiff's attorney, Walker G. Harman, Jr., Esq., and he consents to this request. Mr. Harman and I both are available any time on July 9, July 10, July 15, the afternoon of July 16, and July 17, 2014.

Respectfully,

*[signature]*

FLL
cc: The Harman Firm, PC