UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| BENJAMIN MESSINGER | : |
| | : 13-cv-02444-GHW |
| Plaintiff, | : |
| | : |
| against | : |
| | : |
| JP MORGAN CHASE BANK N.A. | : **NOTICE OF APPEARANCE** |
| | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that John W. Egan of the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018, hereby enters his appearance as attorney for Defendant, JP Morgan Chase Bank N.A., in the above-captioned matter. John W. Egan hereby certifies that he is admitted to practice in this Court.

Dated: New York, New York
       May 27, 2014

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ John W. Egan
    John W. Egan
    620 Eighth Avenue, 32nd Floor
    New York, New York 10018-1405
    Main Office Number: (212) 218-5500
    Main Fax Number: (212) 218-5526
    jegan@seyfarth.com
    *Attorneys for Defendant*