UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BENJAMIN MESSINGER

          Plaintiff,

    against

JP MORGAN CHASE BANK N.A.

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

13-cv-2444-GHW

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that Robert S. Whitman of the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018, hereby enters his appearance as attorney for Defendant, JP Morgan Chase Bank N.A., in the above-captioned matter. Robert S. Whitman hereby certifies that he is admitted to practice in this Court.

Dated: New York, New York
       May 27, 2014

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Robert S. Whitman
    Robert S. Whitman
620 Eighth Avenue, 32nd Floor
New York, New York 10018-1405
Main Office Number: (212) 218-5500
Main Fax Number: (212) 218-5526
rwhitman@seyfarth.com
*Attorneys for Defendant*