

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### CHIEF JUDGE LORETTA A. PRESKA
### RUBY J. KRAJICK, CLERK OF COURT

| About the Court | ADR | Attorney | Cases | ECF | Fees | Forms | Judges | Jury Duty | Local Rules | Naturalization | Part 1 | Pro Se | Trial Support |

**Hon. Alison J. Nathan**
**United States District Judge**

Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Courtroom: 906
Chambers Phone: (212) 805-0278

Deputy Phone: (212) 805-0142

Case Management Plan and Scheduling Order - September 25th, 2013

Individual Rules of Practice in Civil Cases - September 3rd, 2013

Individual Rules of Practice in Criminal Cases - September 16th, 2013

Law Clerk Hiring Information - February 4th, 2014

Special Rules Of Practice In Civil Pro Se Cases - May 23rd, 2012

**Rulings of Special Interest**

March 4th, 2014
Chevron Corp. v. Donziger Appendix

March 4th, 2014
Chevron Corp. v. Donziger

March 3rd, 2014
Meredith Corp. v. SESAC LLC

**Notice to the Bar**

March 6th, 2014
SDNY Announces Requirement to Electronically File Amended Pleadings

**Information contained in this site, such as Judges's Individual Practices, is made available for the convenience of the bar and litigants and is accurate as of each judge's last submitted update.**

Privacy and Security Notice | RSS Feeds

500 Pearl Street, New York, New York 10007-1312 • 300 Quarropas Street, White Plains, New York 10601-4150

Cited in Messinger
13Civ2444 Decided 3/7/14
Archived on 3/11/14
This document is protected by copyright.
Further reproduction is prohibited without permission.