UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
BENJAMIN MESSINGER,

        Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

        Defendant.
------------------------------------------------------- X

Index No. 13 CV 2444 (GHW)

**REVISED CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

    The Court enters the following Revised Scheduling Order governing future proceedings in this action:

1. Depositions shall be completed by: October 1, 2014

2. Requests to admit shall by served by: October 8, 2014

3. Counsel for the parties will submit a letter requesting referral to the Southern District's Mediation Program by: October 8, 2014

4. All fact discovery is to be completed by: October 8, 2014

5. Counsel to have in-person meeting to discuss settlement: October 22, 2014

6. All expert discovery is to be completed by: November 22, 2014

7. Summary Judgment and *Daubert* motions to be filed by: December 22, 2014

SO ORDERED

Dated: _____  
      New York, New York

By: _____  
      GREGORY H. WOODS  
      United States District Judge

17574136v.1