USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
BENJAMIN MESSINGER,

    Plaintiff,

  v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.
------------------------------------------------------- X

Index No. 13 CV 2444 (GHW)

**REVISED CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

  The Court enters the following Revised Scheduling Order governing future proceedings in this action:

1. Depositions shall be completed by: October 1, 2014

2. Requests to admit shall by served by: October 8, 2014

3. Counsel for the parties will submit a letter requesting referral to the Southern District's Mediation Program by: October 8, 2014

4. All fact discovery is to be completed by: October 8, 2014

5. Counsel to have in-person meeting to discuss settlement: October 22, 2014

6. All expert discovery is to be completed by: October 8, 2014

7. Summary Judgment and *Daubert* motions to be filed by: November 7, 2014

The next status conference will be held on October 31, 2014, at 3:30 p.m. The Case Management Plan filed on April 11, 2014 remains in effect except as modified herein.

SO ORDERED

Dated: July 15, 2014         By: _____
   New York, New York             GREGORY H. WOODS
                    United States District Judge

17574136v.1