USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

BENJAMIN MESSINGER,                             :
                                                :
                            Plaintiff,          :
                                                :          1:13-cv-2444-GHW
            -against-                           :
                                                :          ORDER
JP MORGAN CHASE BANK, N.A.,                     :
                                                :
                            Defendant.          :

---------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

    For the reasons stated on the record during the telephone conference held on July 23, 2014,

the plaintiff's motion for leave to amend the complaint is DENIED.


    SO ORDERED.


Dated:  July 24, 2014                   _____
New York, New York                          GREGORY H. WOODS
                                        United States District Judge