# THE HARMAN FIRM, PC
**Attorneys & Counselors At Law**
www.theharmanfirm.com

October 31, 2014

<u>VIA ECF</u>

Hon. Gregory H. Woods
United States District Court for the
Southern District of New York
40 Foley Square, Room 2260
New York, New York 10007

   Re: ***Benjamin Messinger v JPMorgan Chase Bank, N.A.***
     **13-cv-2444 (GHW)(MHD)**

Dear Judge Woods:

  We represent the Plaintiff in the above-referenced matter. We write, as requested, regarding the adjournment of this afternoon's previously-scheduled conference. First, we would like to apologize for operating on such short notice—this conference was mis-scheduled on our calendar. Counsel for Plaintiff and for Defendant conferred earlier this morning regarding today's conference and Defendant's intended motion for summary judgment; Defendant did not oppose the adjournment of this conference.

  Presently, Defendant intends to file a letter requesting a pre-motion conference for a motion for summary judgment by November 7, 2014, as per the scheduling order in this action. We anticipate being able to address all outstanding issues, including Defendant's intended motion, at the pre-motion conference.

  We thank the Court for its attention to this matter.

            Respectfully submitted,

            THE HARMAN FIRM, PC

            <u>s/ Walker G. Harman, Jr.</u>
            Walker G. Harman, Jr.
            *Attorneys For Plaintiff*

cc: John W. Egan (via email)

1776 Broadway, Suite 2030
New York, New York 10019
T 212 425 2600 F 212 202 3926