```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  BENJAMIN MESSINGER,                              :

                        Plaintiff,        :

                                 :        1:13-cv-2444-GHW

            -against-                 :

                                 :        <u>ORDER</u>

JP MORGAN CHASE BANK, N.A.,       :

                      Defendant.      :
-----------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

       As stated on the record during the telephone conference held on November 10, 2014, Defendant's motion for summary judgment is due by December 10, 2014; Plaintiff's response is due by January 7, 2015; and Defendant's reply, if any, is due within one week after service of Plaintiff's response. The Clerk of Court is directed to terminate the letter motion pending at doc. 54.

       SO ORDERED.

Dated: November 10, 2014
New York, New York

                                                            GREGORY H. WOODS
                                                          United States District Judge